# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. 09-6254M |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| David Alexander Cygan, | ) | |
| Defendant. | ) | |

Upon motion of the defendant for second request to continue sentencing, no objection from the government, and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendant's Motion to Continue Sentencing (Doc. #36).

**IT IS FURTHER ORDERED** that the sentencing hearing currently set on June 2, 2010, is continued to July, 7, 2010, at 10:00 a.m., courtroom 305.

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. § 3161(h)_____ will commence on _____ for a total of _____ days.

DATED this 27th day of May, 2010.

_____
David K. Duncan
United States Magistrate Judge